A MARTINES
25531 Prado De Las Bellotas
Calabasas CA 913029
(949) 342-5529
john.legalaidca@gmail.com
Defendant in pro per

FILED

2017 JUN -9  PM 3: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TROJAN CAPITAL INVESTMENTS, LLC

Plaintiff,

vs.

BENIGNO YUZON JR., and DOES 1 to 10 inclusive,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 2:17-cv-04230-JAK-(EX)**
(Previously Superior Court Case No.: 15B14162)

EX PARTE APPLICATION FOR ORDER
VACATING ORDER (28 U.S.C. § 1446(d))

TO THE COURT, Plaintiff, Plaintiff's attorney of record and all other interested parties;

PLEASE TAKE NOTICE, Defendant, A. Martines, hereby applies, ex parte, for an order vacating the judgment entered by the Superior Court of the State of California for the County of Los Angeles on February 3, 2016 in case number 15B14162 following removal of said case on February 2, 2016 to the jurisdiction of the United States District Court for the Central District of California (Western Division) and after notice thereof had been duly filed with both said Courts.

## **BACKGROUND**

On November 3, 2015, alleging to have foreclosed on the second mortgage on the real property premises known as 25531 Prado De Las Bellotas, Calabasas California in which Defendant, A. Martines, is a tenant, the Plaintiff initiated an unlawful detainer action against this Defendant in violation of California Code of Civil Procedure 1161(b) to which he has properly responded.

On February 2, 2016, this case was removed from the jurisdiction of the Superior Court of the County of Los Angeles to the jurisdiction of the United States District Court for the Central District of California whereupon it was identified as case number 2:2017-cv-00866 and assigned to the Honorable John A. Kronstadt, United States District Court Judge.

On February 2, 2016, notice of said removal was duly filed in said Superior Court, (hereinafter referred to as the State Court) and United States District Court.

On February 3, 2016, notwithstanding the foregoing and unbeknownst to said Defendant, the State Court held proceedings and entered a judgment against him and others.

On February 10, 2016, this matter was remanded to the Superior Court of the County of Los Angeles.

On May 31, 2017 and on June 1, 2017, this applicant submitted pleadings to the United States District Court for the Central District of California in case number 2:2017-cv-00866, however said pleadings were rejected and not filed whereupon the Court indicated the case "termed", was closed and would not be re-opened whereupon this applicant initiated the instant removal upon which this application is made, because this applicant knows of no other remedy at law available to him under these circumstances.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

28 U.S.C. § 1446(d) states, in pertinent part, that following the filing of a notice of removal, the state court "shall proceed no further unless and until the case is remanded."

"The clear language of the general removal statute provides that the state court loses jurisdiction upon the filing of the petition for removal." Resolution Trust Corp. v. Bayside Developers, 43 F.3d 1230 (9th Cir. 1994) (citations omitted) (taking state appellate opinion as it was the date of removal—not final); see also California ex rel. Sacramento Metropolitan Air Quality Mgmt. Dist. v. U.S., 215 F.3d 1005, 1011 (9th Cir. 2000) (stating that removal necessarily divests state court of their jurisdiction and noting authority that "following removal, any further proceedings in a state court are considered *coram non judice* and will be vacated even if the case is later remanded").

Based on the judgment made and entered by the State Court *after* the February 2, 2017 removal was duly effectuated, a writ of possession was issued whereby this Defendant is now in immediate danger of irreparable harm as the Los Angeles County Sheriff served upon him a an imminent notice to vacate said premises.

WHEREFORE Defendant Martines hereby requests such immediate relief as this Honorable Court deems just and proper .

Respectfully Submitted, this 9th day of June, 2017

_____

A. Martines, Pro Se

## DECLARATION OF A. MARTINES

I, A. Martines, declare:

1. I am a Defendant in the herein identified case, whereby I have first hand knowledge of the facts set forth in this declaration, except those known to me on information and belief, therefore, if called upon to do so, I could and would be able to competently testify to the following:

2. I make this declaration in support of my ex-parte application.

3. I am informed and believe that Plaintiff alleges to have acquired the real property subject to my tenancy through a foreclosure sale conducted October 6, 2016 for Plaintiff in connection to the beneficial interest in a purportedly defaulted note secured by a second trust deed that Plaintiff purchased from National City Bank through PNC bank.

4. I am also informed and believe that since its alleged acquisition of the subject real property Plaintiff has failed to make single payment toward the first mortgage note and trust deed in favor of U.S. Bank N.A. (a true and correct copy of the pertinent notice of trustee's sale is included herewith as exhibit 1 hereto and thus made a part hereof)

5. I am further informed and believe that since its alleged acquisition of the subject real property Plaintiff has failed to make single payment to the Oaks of Calabasas Homeowners Association resulting in the termination of my access to certain common use areas including my ability to receive mail and packages addressed to the residence.

6. On November 3, 2015, alleging to have foreclosed on the second mortgage on the real property premises known as 25531 Prado De Las Bellotas, Calabasas California, in which I am a a tenant, the Plaintiff initiated an unlawful detainer action against me in violation of California Code of Civil Procedure 1161(b), to which I have properly responded.

7. On February 2, 2016, I caused this case to be removed from the jurisdiction of the Superior Court of the County of Los Angeles to the jurisdiction of the United States District Court for the Central District of California whereupon it was identified as case number 2:2017-cv-00866 and assigned to the Honorable John A. Kronstadt, United States District Court Judge.

8. On February 2, 2016, I duly filed notice of said removal in said Superior Court, (hereinafter referred to as the State Court) and United States District Court. (true and correct copies of said notices are included herewith as exhibit 2 hereto and thus made a part hereof)

9. On February 3, 2016, notwithstanding the foregoing and unbeknownst to me, the State Court held proceedings and entered a judgment against me and others. (a true and correct certified copy of the record of said proceedings is included herewith as exhibit 3 hereto and thus made a part hereof)

10. On February 10, 2016, this matter was remanded to the Superior Court of the County of Los Angeles. (a true and correct copy of the notice of remand is included herewith as exhibit 4 hereto and thus made a part hereof)

11. Based on the judgment made and entered by the State Court, without notice to me and without my knowledge, and done so *after* the removal was duly effectuated, a writ of possession was issued that I did not know of until the Los Angeles County Sheriff served a five day notice for me to vacate said premises. Accordingly I was denied trial and am now in immediate danger of irreparable harm.  (a true and correct copy of said notice is included herewith as exhibit 5 hereto and thus made a part hereof)

12. On May 31, 2017 and again on June 1, 2017, I submitted pleadings to the United States District Court for the Central District of California in case number 2:2017-cv-00866, however those pleadings were rejected and not filed upon which the Court indicated that the case "termed" , was closed and would not be re-opened whereupon I initiated the instant removal upon which this application is made.

13. I am not aware of any other remedy at law that is available to me under these exigent circumstances.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of November, 2016

A Martines, in pro per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROJAN CAPITAL INVESTMENTS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> BENIGNO YUZON JR., and DOES 1 to 10 inclusive, <br><br> Defendants. | PROPOSED ORDER ON EX PARTE APPLICATION TO VACATING ORDER (28 U.S.C. § 1446(d)) <br><br> Cass No: <br> (Previously Superior Court Case No.: 15B14162) |

The Court hereby GRANTS Defendant's request as to vacating the state court orders.

Following the filing of a notice of removal, the state court "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

"[T]he clear language of the general removal statute provides that the state court loses jurisdiction upon the filing of the petition for removal." Resolution Trust Corp. v. Bayside Developers, 43 F.3d 1230 (9th Cir. 1994) (citations omitted) (taking state appellate opinion as it was the date of removal—not final); see also California ex rel. Sacramento Metropolitan Air Quality Mgmt. Dist. v. U.S., 215 F.3d 1005, 1011 (9th Cir. 2000) (stating that removal necessarily divests state court of their jurisdiction and noting authority that "following removal,

any further proceedings in a state court are considered corarn non judice and will be vacated even if the case is later remanded").

The filing date of the order is controlling, and that date is February 3, 2017,  a date that is after the filing of the notice of removal.

The Court finds that the order regarding Judgment was made on February 3, 2015, which is after the Notice of Removal was filed with both the State Court and this Court, therefore the State Court acted without jurisdiction and those orders and the resultant writ of possession are hereby recalled and vacated

IT IS SO ORDERED

June      . 2017

_____

United States District Judge

# EXHIBIT 1

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved

Recording requested by:
Quality Loan Service Corp.
**Title365**
When recorded mail to:
Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101



08/26/2016

*20161019206*

---

TS No.  **CA-16-732287-HL**

Order No.: **730-1604833-70**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF TRUSTEE'S SALE

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED TO THE COPY PROVIDED TO THE MORTGAGOR OR TRUSTOR (Pursuant to Cal. Civ. Code 2923.3)

注：本文件包含一个信息摘要

참고사항: 본 첨부 문서에 정보 요약서가 있습니다

NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 5/4/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial Code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below.  The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):  **BENIGNO YUZON, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**
Recorded:  **5/16/2007** as Instrument No. **20071186373**  of Official Records in the office of the Recorder of **LOS ANGELES** County, California;

Date of Sale:  **9/28/2016 at 11:00 AM**
Place of Sale:  **By the fountain located at 400 Civic Center Plaza, Pomona, CA 91766**
Amount of unpaid balance and other charges: **$2,566,176.70**
The purported property address is:  **25531 PRADO DE LAS BELLOTAS, CALABASAS, CA 91302**
Assessor's Parcel No.: **2069-098-007**

7.

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

**This page is part of your document - DO NOT DISCARD**



## 20161019206



**Pages:**
**0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**08/26/16 AT 08:00AM**

| | |
|---|---|
| FEES: | 28.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 28.00 |



**L E A D S H E E T**



201608260150032

00012548463



007763412

**SEQ:**
**07**

DAR - Title Company (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

T96

E402078

# EXHIBIT 2

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| A MARTINES<br>25531 Prado De Las Bellotas<br>Calabasas CA 913029<br>TELEPHONE NO.: 818 786-0090   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Defendant in pro per | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**FEB 03 2017**<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _____ Deputy<br>T. Menefee |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 6230 Sylmar Avenue
MAILING ADDRESS: 6230 Sylmar Avenue
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Van Nuys Courthouse East

PLAINTIFF/PETITIONER:       TROJAN CAPITAL INVESTMENTS, LLC

DEFENDANT/RESPONDENT:   BENIGNO YUZON J.

| | |
|---|---|
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER: **15B14162** |
| | JUDGE: Com. Marilyn M. Mordetzky,<br>DEPT.: H |

**To the court and to all parties:**

1. Declarant *(name)*: A. Martinez

   a. ☐ is  ☑ the party  ☐ the attorney for the party  who requested or caused the stay.

   b. ☐ is  ☐ the plaintiff or petitioner  ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☑ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation)*:

3. Reason for the stay:

   a. ☐ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☑ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/3/2017

_____       ►       _____
A. Martines                                                         (SIGNATURE)
(TYPE OR PRINT NAME OF DECLARANT)

SC
Continued
2/3/17

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-180 [Rev. January 1, 2007]   **NOT** ... S   Cal. Rules of Court, rule 3.650<br>www.courtinfo.ca.gov

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

A. MARTINES
25531 PRADO DE LASBELLOTAS
CALABASAS CA 91802
818 786-0090

FILED

2017 FEB -2  PM 4: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY

ATTORNEY(S) FOR:  IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TROJAN CAPITAL INVESTMENTS LLC | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s), | **CV17-00866-JAK(Ex)** |
| v. | | |
| BINIGNO YUZON JR AND DOES 1-10 | | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| | Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                              A. MARTINES
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MICHELLE R. GHIDOTTI | PLAINTIFF COUNSEL |
| 5120 E. LAS PALMAS AVE. SUITE 206 | |
| ANAHEIM HILLS CA 92807 | |

2-2-2017
Date

Signature

Attorney of record for (or name of party appearing in pro per):

A. MARTINES IN PRO PER

A MARTINES
25531 Prado De Las Bellotas
Calabasas CA 913029

Defendant in pro per

FILED

2017 FEB -2 PM 4: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TROJAN CAPITAL INVESTMENTS, LLC ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> BENIGNO YUZON JR., and DOES 1 to 10 ) <br> inclusive, ) <br><br> Defendants. ) | **NOTICE OF REMOVAL OF ACTION UNDER 28USC §§ 1441 AND 1446 FEDERAL QUESTION** <br><br> Case No.:  15B14162 <br><br> **CV17-00866**-CJC(Ex) |

TO THE COURT, The Plaintiff, Trojan Capital Investments, LLC Plaintiff's attorneys of record and all other interested parties;

PLEASE TAKE NOTICE that Defendant, A Martines, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal from the Superior Court of California County of Los Angeles to the United States District Court for the Central District of California.

The grounds for removal are as follows;

NOTICE OF REMOVAL AND REMOVAL R - 1

# EXHIBIT 3

```
SUPERIOR COURT OF CALIFORNIA                          FOR COURT USE
NORTHWEST DISTRICT-VAN NUYS COURT                        ONLY
COUNTY OF LOS ANGELES
---------------------------------------------
   PLAINTIFF    : TROJAN CAPITAL INVESTMENTS LLC
                     VS
   DEFENDANT    : YUZON JR, BENIGNO
---------------------------------------------
                                                   CASE NUMBER
      DEFAULT JUDGMENT BY COURT                      15B14162
```

In Department NWH,
Honorable MARILYN M. MORDETZKY , COMMISSIONER Presiding.
Court convened on  2/03/17; and the following proceedings were had:

The defendant(s)

                BENIGNO YUZON JR
                A MARTINES


Having been served with a copy of the summons and complaint and having failed
to answer complaint of plaintiff(s) within the time allowed by law
and default of said defendant(s) having been entered, plaintiff(s)
applied to the court for judgment. Judgment is ordered as follows:

The court, after having considered the evidence, found the amount of rent due
the plaintiff(s) to be $      .00, and assessed the statutory damages
for the unlawful detainer at $      .00 and ordered the following judgment:
It is adjudged that on the complaint
Plaintiff(s):

                TROJAN CAPITAL INVESTMENTS LLC

recover from defendants
                BENIGNO YUZON JR
                A MARTINES
the restitution and possession of those premises situated in the County of
Los Angeles, State of California, and more particularly described as:
25531 PRADO DE LAS BELLOTAS, , CALABASAS, CA. 91302


and the sum of $      .00, and $      .00 attorney fees, with costs as
provided by law in the sum of $      .00 , and that the lease or agreement
under which the aforesaid property is held be, and the same is hereby
declared forfeited.

PLAINTIFF RESERVES JURISDICTION FOR MONEY DAMAGES.


_____ Deputy Clerk
      TRACY        KINCHELOE


        FILED AND ENTERED
          ON : 2/03/17
        SHERRI R CARTER, CLERK
   CLERK OF THE ABOVE NAMED COURT

By: TRACY        KINCHELOE        , Deputy

SUPERIOR COURT OF CALIFORNIA

COURT USE
ONLY

NORTHWEST DISTRICT-VAN NUYS COURT
COUNTY OF LOS ANGELES

```
---------------------------------------------------
  PLAINTIFF    : TROJAN CAPITAL INVESTMENTS LLC
                        VS
  DEFENDANT    : YUZON JR, BENIGNO
---------------------------------------------------
                                              CASE NUMBER
        DEFAULT JUDGMENT BY COURT               15B14162
---------------------------------------------------
```

In Department NWH,
Honorable MARILYN M. MORDETZKY , COMMISSIONER Presiding.
Court convened on  2/03/17; and the following proceedings were had:

The defendant(s)

            BENIGNO YUZON JR
            A MARTINES

Having been served with a copy of the summons and complaint and having failed
to answer complaint of plaintiff(s) within the time allowed by law
and default of said defendant(s) having been entered, plaintiff(s)
applied to the court for judgment. Judgment is ordered as follows:

The court, after having considered the evidence, found the amount of rent due
the plaintiff(s) to be $      .00, and assessed the statutory damages
for the unlawful detainer at $        .00 and ordered the following judgment:
It is adjudged that on the complaint
Plaintiff(s):

            TROJAN CAPITAL INVESTMENTS LLC

recover from defendants
            BENIGNO YUZON JR
            A MARTINES
the restitution and possession of those premises situated in the County of
Los Angeles, State of California, and more particularly described as:
25531 PRADO DE LAS BELLOTAS, , CALABASAS, CA. 91302

and the sum of $       .00, and $       .00 attorney fees, with costs as
provided by law in the sum of $       .00 , and that the lease or agreement
under which the aforesaid property is held be, and the same is hereby
declared forfeited.

PLAINTIFF RESERVES JURISDICTION FOR MONEY DAMAGES.

_____ Deputy Clerk
      TRACY       KINCHELOE


        FILED AND ENTERED
           ON   2/03/17
        SHERRI R CARTER, CLERK
     CLERK OF THE ABOVE NAMED COURT

By: TRACY       KINCHELOE        , Deputy

# EXHIBIT 4



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

**KIRY K. GRAY**
Clerk of Court

February 10, 2017

Los Angeles County Superior Court. Van Nuys
6230 Sylmar Ave
Van Nuys, CA 91401

Re:  Case Number:     2:17–cv–00866–JAK–E
Previously Superior Court Case No.     15B14162
Case Name:     TROJAN CAPITAL INVESTMENTS. LLC V. YUZON ET AL

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     February 10, 2017     , the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

REC'D BY U.S. MAIL

FEB 15 2017

L.A.S.C.-Northwest East

Respectfully,

Clerk, U.S. District Court

By:  /s/ Brent Pacillas
Deputy Clerk
Brent_Pacillas@cacd.uscourts.gov
Western Division

*cc: Counsel of record*

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By:  TATYANA BETS
Deputy Clerk

FEB 1 5 2017
Date

CV–103 (10/15)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)

# EXHIBIT 5

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT
### COURT SERVICES DIVISION

# NOTICE TO VACATE
### CASE NUMBER: *15 B14162*

TO: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor.

By virtue of a ***Writ of Possession of Real Property***, a copy of which is attached,

YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NOT LATER THAN: _____*05-16*_____, 20 *17*.

SHERIFF'S BRANCH (Name, Address and Telephone Number)

☐                              ☐                    JIM McDONNELL, SHERIFF

By: _____*ANDERSON*_____

Date: _____*05-11-17*_____
                                    Deputy

☐                              ☐

75N654E SH-CI-52 (REV. 9/94)

***NOTICE TO VACATE***

## DECLARATION OF EX PARTE NOTICE

I, David Kim, declare:

1. I am a citizen of the United States of America, over the age of eighteen (18) years, and not a party to the within action.

2. My business address is:  16133 Ventura Boulevard Seventh Floor, Encino, CA 91436

3. On June 9, 2017 at 9:33AM, I placed a telephone call to the office of Plaintiff's attorney of record, Michelle Rene Ghidotti at telephone number 949-354-2601 and reached her voicemail whereupon I identified myself and stated that I was calling to give "ex parte" notice for Defendant A. Martines' application for an order vacating the February 3, 2016 rulings and orders of the Superior Court of the State of California for the County of Los Angeles, said Court's case number 15B14162 notwithstanding removal of said case to the jurisdiction of the United States Court on February 2, 2016., with regard to the unlawful detainer matter entitled "Trojan versus Youzon" and that in support of said application said Defendant will file papers "ex parte", on June 9, 2017, with said United States District Court to be considered by the Honorable John A. Kronstadt, United States District Court Judge, at 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 9, 2017, at Los Angeles, California,

_____
David Kim