JS-6

FILED
CLERK, U.S. DISTRICT COURT

June 13, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AH___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROJAN CAPITAL INVESTMENTS, LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>BENIGNO YUZON, JR., et al.,<br><br>           Defendants. | Case No. CV 17-04230 JAK (SSx)<br><br>**ORDER SUMMARILY REMANDING**<br><br>**IMPROPERLY-REMOVED ACTION** |

    This unlawful detainer action is remanded to the Los Angeles Superior Court ("LASC") because Defendant removed it improperly.

    On June 7, 2017, Defendant Agostinho Martines, who was a named defendant in a routine unlawful detainer action that was brought in the LASC, filed a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The latter application has been denied in a separate order because the action was not properly removed. To facilitate party and judicial efficiency, the matter is now remanded to the LASC.

    This action is not one that could have been originally filed

in a federal court. The Complaint does not competently allege facts supporting either diversity or federal-question jurisdiction. Therefore, the removal was improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005). Further, even if an affirmative defense could raise a colorable issue of federal law, that would not provide a basis for federal jurisdiction. Hunter v. Philip Morris USA, 582 F.3d 1039, 1043 (9th Cir. 2009) (an affirmative defense that arises under federal law is not a basis for federal question jurisdiction in a removed action).

For the foregoing reasons, IT IS ORDERED that: (1) this matter shall be REMANDED to the LASC. At its Courthouse located at 6230 Sylmar Avenue, Van Nuys, California 91401; (2) the Clerk shall send a certified copy of this Order to the LASC; and (3) the Clerk shall serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: June 13, 2017

                                                          JOHN A. KRONSTADT
                                                          UNITED STATES DISTRICT JUDGE